# Thomas J. Gaffney
Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

3/17/11
# 11091514
# 3.30
KJ

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: <u>ROETHEL, EMORY B.</u>  /Case # <u>10-10658CLB</u>
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $<u>3.30</u>. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

__X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant <u>Reliant Community Federal Credit Union</u> Amount $ <u>0.62</u> Claim Register # <u>4</u>

Claimant <u>Anesthesia Assoc. of Rochester</u> Amount $ <u>2.68</u> Claim Register # <u>8</u>

THOMAS J. GAFFNEY
Trustee

FILED
MAR 17 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

**THOMAS J. GAFFNEY**
BANKRUPTCY TRUSTEE
80 WEST HURON STREET
BUFFALO, NY 14202
Telephone: (716) 852-1102

March 7, 2011

Clerk US Bankruptcy Court
300 Pearl Street
Buffalo, NY 14202

    Re:    <u>In re ROETHEL, EMORY B. and ROETHEL, JESSICA M.</u>
             Case No. 10-10658 CLB

Dear Creditor:

    Enclosed please find Trustee Check No. 111 in the amount of $3.30, payable to your Order, representing claim number #4 Reliant Community Federal Credit Union $.62 and claim number #8 Anesthesia Association of Rochester $2.68.

    For your records, I have also enclosed a copy of one (1) Order Allowing and the Claims Proposed Distribution.

                                  Truly yours,

                                  THOMAS J. GAFFNEY
                                  Bankruptcy Trustee

# Claims Proposed Distribution
## Case: 10-10658  ROETHEL, EMORY B.

Case Balance:  $1,400.23    Total Proposed Payment:  $1,400.23    Remaining Balance:  $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | THOMAS J. GAFFNEY <2200-00  Trustee Expenses> | Admin Ch. 7 | 23.08 | 23.08 | 0.00 | 23.08 | 23.08 | 1,377.15 |
| | THOMAS J. GAFFNEY <2100-00  Trustee Compensation> | Admin Ch. 7 | 350.06 | 350.06 | 0.00 | 350.06 | 350.06 | 1,027.09 |
| **SUBTOTAL FOR  ADMIN CH. 7** | | | 373.14 | 373.14 | 0.00 | 373.14 | 373.14 | |
| 1 | Discover Bank | Unsecured | 3,572.76 | 3,572.76 | 0.00 | 3,572.76 | 42.04 | 985.05 |
| 2 | Chase Bank USA, N.A. | Unsecured | 7,912.27 | 7,912.27 | 0.00 | 7,912.27 | 93.08 | 891.97 |
| 3 | Chase Bank USA, N.A. | Unsecured | 4,469.25 | 4,469.25 | 0.00 | 4,469.25 | 52.58 | 839.39 |
| 4 | Reliant Community Federal Credit Union | Unsecured | 52.55 | 52.55 | 0.00 | 52.55 | 0.62 | 838.77 |
| 5 | Reliant Community Credit Union | Unsecured | 777.76 | 777.76 | 0.00 | 777.76 | 9.15 | 829.62 |
| 6 | Reliant Community Credit Union | Unsecured | 892.43 | 892.43 | 0.00 | 892.43 | 10.50 | 819.12 |
| 7 | Reliant Community Credit Union | Unsecured | 7,795.94 | 7,795.94 | 0.00 | 7,795.94 | 91.71 | 727.41 |
| 8 | Anesthesia Assoc. of Rochester | Unsecured | 227.60 | 227.60 | 0.00 | 227.60 | 2.68 | 724.73 |
| 9 | Fia Card Services, NA/Bank of America | Unsecured | 31,167.21 | 31,167.21 | 0.00 | 31,167.21 | 366.65 | 358.08 |
| 10 | Sallie Mae | Unsecured | 30,438.86 | 30,438.86 | 0.00 | 30,438.86 | 358.08 | 0.00 |
| **SUBTOTAL FOR  UNSECURED** | | | 87,306.63 | 87,306.63 | 0.00 | 87,306.63 | 1,027.09 | |
| | **Total for Case 10-10658 :** | | **$87,679.77** | **$87,679.77** | **$0.00** | **$87,679.77** | **$1,400.23** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $373.14 | $373.14 | $0.00 | $373.14 | 100.000000% |
| **Total Unsecured Claims :** | $87,306.63 | $87,306.63 | $0.00 | $1,027.09 | 1.176417% |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:
ROETHEL, EMORY B.
ROETHEL, JESSICA M.

PEPE, JESSICA
                  Debtor(s).

Chapter 7

Case No. 10-10658 CLB

## ORDER ALLOWING COMPENSATION AND CHAPTER 7 ADMINISTRATIVE EXPENSES

The Court, after having reviewed and considered the request for trustee commissions and expenses of the Chapter 7 Trustee herein, and other applications for fees and expenses, if any, and the Court having considered the request for approval of Chapter 7 administrative expenses paid by the Trustee (as shown on Form II of the Trustee's Final Report) for which approval has not yet been sought, and the Court having considered filed objections, if any, and upon due deliberation, it is

ORDERED that Trustee's commissions and expenses, and other professional's fees and expenses are allowed and approved as follows:

| Applicant(s) | Amounts Allowed Compensation | Expenses |
|---|---|---|
| THOMAS J. GAFFNEY, Trustee | $350.06 | $23.08 |

and it is further

ORDERED that the Chapter 7 administrative expenses paid by the Trustee (as shown on Form II of the Trustee's Final Report) not yet approved are now allowed and approved, and it is further

ORDERED that the Trustee shall pay the following expenses of administration to the Clerk, U.S. Bankruptcy Court:

| | |
|---|---|
| Notices | $ |
| Claims | $ |
| Complaints | $ |
| Other | $ |
| Total to Clerk | $ 0.00 |

Dated: 11/8/10    FEB - 4 2011

Honorable CARL L. BUCKI
United States Bankruptcy Judge

FILED FEB - 4 2011 BANKRUPTCY COURT BUFFALO, N.Y.